## CONLON v. MARSH et al.

(Supreme Court, Appellate Division, First Department. April 11, 1916.)

TRIAL ⬳9(1)—SETTING CASE.

Where no notice of trial was served on defendant by plaintiff, and no new note of issue filed as to him, the order granting plaintiff's motion to set the case down peremptorily for trial was improper.

[Ed. Note.—For other cases, see Trial, Cent. Dig. §§ 21–24, 26; Dec. Dig. ⬳9(1).]

Appeal from Special Term, New York County.

Suit by Eva K. Conlon against James H. Marsh, impleaded, etc. From an order granting plaintiff's motion to set the case down peremptorily for trial, defendant named appeals. Order reversed, and motion denied.

Argued before CLARKE, P. J., and LAUGHLIN, DOWLING, PAGE, and DAVIS, JJ.

John Edmond Hewitt, of New York City, for appellant.
David Steckler, of New York City, for respondent.

PER CURIAM. No notice of trial having been served on the defendant Marsh by the plaintiff, and no new note of issue filed as to him, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.